### Shoch's Estate

Before Van Dusen, P. J., Stearne, Sinkler, Klein, and Ladner, JJ.

*Wm. Nelson West, 3rd,* for exceptant.
*John Hemphill* and *Walter Lee Sheppard,* contra.

SINKLER, J., June 20, 1941.—Whether an accountant is entitled to commission in such case as the present depends upon the particular circumstances of each case, and presents a question to be determined in the exercise of the auditing judge's discretion. The exercise of his discretion

will not be disturbed except for gross abuse. No such abuse exists in the present case. The allowance is manifestly correct.

The exceptions are dismissed and the adjudication is confirmed absolutely.